# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

HENRY JAMES HOLMES, III,            )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )   Case No. 5:22-cv-00922-ACA-SGC
                                    )
STATE OF ALABAMA,                   )
                                    )
    Defendant.                      )

## **MEMORANDUM OPINION**

On September 9, 2022, the magistrate judge entered a report recommending the dismissal of this action without prejudice for failure to prosecute. (Doc. 5). Although the magistrate judge advised Plaintiff Henry James Holmes, III of his right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. The court therefore **WILL DISMISS** this action **WITHOUT PREJUDICE** for want of prosecution.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this October 6, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE